**LAW OFFICES OF ARSEN POGOSOV**
Arsen Pogosov, Esq.  (SBN 273348)
6710 Rosemead Blvd., #6
San Gabriel, CA 91775
(818) 523 – 3934 TEL
(626) 427 – 1692 FAX
arsen@pogosovlaw.com

Attorney for Debtor David J. Almadi

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:  David Jona Almadi | Case No.: 2:16-bk-18174-SK |
| | Chapter 13 |
| | **SUPPLEMENTAL DECLARATION OF DEBTOR DAVID J. ALMADI IN SUPPORT OF MOTIONS TO VALUE COLLATERAL** |
| | **Hearing on Motions:** |
| | Date:   3/23/2017 |
| | Time:  9:00 am |
| | Place:  Roybal Federal Building |
| |            255 E. Temple Street |
| |            Los Angeles, CA 90012 |
| |            Courtroom 1575 |

I, David Jona Almadi, declare and state as follows:

1. I am the Debtor in the above captioned case.

2. I own a DBA laundromat business located at 4275 Olympic Blvd., Los Angeles, CA.  The laundromat is called "EZ Wishy Wash".

3. I do not own the building in which EZ Wishy Wash is located.

4. Located at the premises of EZ Wishy Wash are laundromat equipment, washers, dryers, and change machines, which are the subjects of these motions to value.

5. The number, type, and value of each piece of equipment which is the subject of the underlying motions to value, are itemized as follows:

    A. Twenty four (24) top-loader 2006 Maytag laundry machines, each worth about $50.00, for a total value of $1,200.00

    B. Nine (9) "front loader" 18-lbs Maytag laundry machines, each worth about $350.00, for a total value of $3,150.00.

    C. Eight (8) "front loader" 30-lbs Maytag laundry machines, each worth about $450.00, for a total of $3,600.00.

    D. Eleven (11) "front loader" 40-lbs Maytag laundry machines, each worth about $550.00, for a total value of $6050.00.

    E. Five (5) "front loader" 50-lbs Maytag laundry machines, each worth $650.00, for a total value of $3,250.00

    F. Two (2) coin changers, each worth $1,000.00, for a total value of $2,000.00.

    G. Thirty (30) Cicell branded dryers, each worth about $350.00, for a total value of $10,500.

6. I estimate that the total value of all the laundromat equipment owned by EZ Wishy Wash to be worth around $29,750.00 (twenty nine thousand seven hundred fifty dollars).

7. I declare that the equipment is heavily used, heavily worn, and old. Very possibly the equipment is worth substantially less than my estimate of their value. Some of the machines listed above no longer function properly and are in need of repair, which reduces their value even further.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:

                                                                                                        _____
                                                                                                        David J. Almadi
                                                                                                         Debtor

///
///

A. Twenty four (24) top-loader 2006 Maytag laundry machines, each worth about $50.00, for a total value of $1,200.00

B. Nine (9) "front loader" 18-lbs Maytag laundry machines, each worth about $350.00, for a total value of $3,150.00.

C. Eight (8) "front loader" 30-lbs Maytag laundry machines, each worth about $450.00, for a total of $3,600.00.

D. Eleven (11) "front loader" 40-lbs Maytag laundry machines, each worth about $550.00, for a total value of $6050.00.

E. Five (5) "front loader" 50-lbs Maytag laundry machines, each worth $650.00, for a total value of $3,250.00

F. Two (2) coin changers, each worth $1,000.00, for a total value of $2,000.00.

G. Thirty (30) Cicell branded dryers, each worth about $350.00, for a total value of $10,500.

6. I estimate that the total value of all the laundromat equipment owned by EZ Wishy Wash to be worth around $29,750.00 (twenty nine thousand seven hundred fifty dollars).

7. I declare that the equipment is heavily used, heavily worn, and old. Very possibly the equipment is worth substantially less than my estimate of their value. Some of the machines listed above no longer function properly and are in need of repair, which reduces their value even further.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 03-08-17

David J. Almadi
Debtor

///
///

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

6710 Rosemead Blvd., #6
San Gabriel, CA 91775

A true and correct copy of the foregoing document entitled (*specify*): Supplemental Declaration of Debtor David J. Almadi in Support of Motions to Value Collateral

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/09/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Baruch C Cohen    bcc4929@gmail.com, pjstarr@starrparalegals.com
Kathy A Dockery (TR)    efiling@CH13LA.com                -Dana M Perlman    dperlman@perlmanlaw.com
Ann G. Lee    alee@grahamvaagelaw.com
Austin P Nagel    melissa@apnagellaw.com                -United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/09/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sandra R. Klein, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1582, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/09/2017 | Arsen Pogosov | /s/ Arsen Pogosov |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE